918

No. 1638, Misc.  DOHERTY v. ILLINOIS.  Sup. Ct. Ill. Certiorari denied.

No. 1645, Misc.  SNOW v. RODRIGUEZ, ACTING WARDEN. C. A. 10th Cir.  Certiorari denied.

No. 1647, Misc.  SOBOTA v. RODRIGUEZ, ACTING WARDEN. C. A. 10th Cir.  Certiorari denied.

No. 1648, Misc.  NEWSOM v. VIRGINIA.  Sup. Ct. App. Va.  Certiorari denied.

No. 1649, Misc.  SHORTS v. NEW YORK.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 1650, Misc.  BANDY v. WILLINGHAM, WARDEN. C. A. 10th Cir.  Certiorari denied.  Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Rogovin* and *Joseph M. Howard* for respondent.

No. 1651, Misc.  LATTIMORE v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 1657, Misc.  IN RE WILLIAMS.  Sup. Ct. N. C. Certiorari denied.  *Samuel S. Mitchell, Romallus O. Murphy* and *Herman L. Taylor* for petitioner.  *T. W. Bruton,* Attorney General, and *Andrew A. Vanore, Jr.,* for State of North Carolina.

No. 1659, Misc.  DAVIS v. WISCONSIN.  Sup. Ct. Wis. Certiorari denied.

No. 1660, Misc.  PINA ET AL. v. ARIZONA.  Sup. Ct. Ariz.  Certiorari denied.